UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



FILED
OCT - 8 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

JORDAN L. RAUCH  #3405096
(Enter above the full name of the plaintiff  (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**  CIVIL ACTION NO. 3:20-cv-00664
(Number to be assigned by Court)

Wayne county DHHR./CPS et al
Retired Judge Darrell R. Pratt
Tomasm. Plymale
Judge James H. Youngs JR.
(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I. **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ✓   No ___

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

    Plaintiffs: JORDAN L. RAULH II 3405096

    Defendants: WV DHHR/CPS ETAL

    Darrell R. Pratt Judge (Retired)

    Tomas M. Plymel Prosecutor

2. Court (if federal court, name the district: if state court, name the county):

    Wayne county Circuit court Wayne, WV 25570

3. Docket Number: CC-50-2020-P-62

4. Name of judge to whom case was assigned:

    Jason Frye

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    Pending / may withdraw To keep in US DC.

6. Approximate date of filing lawsuit: 07/06/2020

7. Approximate date of disposition: Pending

II. Place of Present Confinement: Mt. Olive Correctional Complex & Jail (MOCC & J)

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓    No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ___    No ✓

    C. If your answer is YES:

        1. What steps did you take? NONE

        2. What was the result? NONE

    D. If your answer is NO, explain why not: Does Not Pertain to WVDCR

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: JORDAN L. RAUCH #3405096

       Address: #1 Mountain Side Way Mt. Olive, WV 25185

    B. Additional Plaintiff(s) and Address(es): N/A

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Darrell R. Prat

is employed as: Judge (Retired)

at Wayne County Circuit Court Wayne, WV, 25570

D. Additional defendants: James H. Young JR. Tomas M. Plymeal Dee Dee Ferguson, Birdi Ferguson, Helen Walls, Coustiodion of Records et al

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Since Jan 27th 2010 Plaintiff Has Been trying to obtain any and all viedo tape/DVD's & statements made by Wayne County DHHR/CPS of Kaylee S. Muncy (KSM) age 4 and Helen A. Muncy (HAM) age 6 alleaseing sexual abuse by Plaintiff in 2005. These viedo/statements could Help me with my Heabus Corpus & Appeals Defendents Pratt, Dee Dee Ferserson Birdi Fer-sersen, Plymel, Young, Walls, & the Coustjodion of Records Have Refused this

4

IV. Statement of Claim (continued):

Request for (1c) Ten Years New witch Is Interrearing with my Leasel procedures

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff prays that this honorable court order the defendents to Releasl All viedo/DVD's & statements Plantiff Also Ask for $10,000 for suffering & stress & punitive damages of the court as well as any Attorney Fees AND ANY & all other Releif this court Deems Just & fit

V. Relief (continued):

N/A

VII. Counsel

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

Eric Anderson ESQ Is my HeaBus Corpus Attorney Phone #(304) 781-0070

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ____   No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

N/A

If not, state your reasons: I can Not afford Counsel

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ✓   No ____

6

If so, state the lawyer's name and address:

Sean W. Cook   Meyer, Ford Glasser & Radman PLLC

Charleston, WV

Signed this 22nd day of September, 20 20.

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/12/2020
    (Date)

_____
Signature of Movant/Plaintiff

Pro-SE

Signature of Attorney
(if any)

7